UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TWANDA DIANE DOTSON,

             Plaintiff,

        - against -

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2023

Civil Action No.:
1:18-cv-12409-GHW-KNF

The Court has read the motion, supporting memorandum, and affirmation of CHARLES E. BINDER, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and all the supporting documents annexed thereto.

**IT IS ORDERED** that attorney's fees be granted in the amount of $16,904.63, which represents 25% of the past due benefits awarded to Plaintiff.  Upon receipt of this sum, counsel for Plaintiff is directed to remit $4,874.14, which represents Equal Access to Justice Act fees previously paid to counsel for Plaintiff in connection with this case, directly to Plaintiff.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED

Dated: October 9, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge